UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REV. ERROL VICTOR, SR., L.S., ET AL | CIVIL ACTION |
| VERSUS | NO. 13-5930 |
| MARY H. BECNEL, L.S., HONORABLE JUDGE, 40TH JUDICIAL DISTRICT COURT | SECTION "N" (2) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on February 28, 2014, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiffs' complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted and/or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiffs' Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiffs' motion for a stay of state court proceedings and defendant's motion to dismiss are DISMISSED AS MOOT.

New Orleans, Louisiana, this 23rd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE